No. 147, Misc. UNITED STATES EX REL. LUDECKE v.
WATKINS, DISTRICT DIRECTOR OF IMMIGRATION. 
 Certiorari denied. MR. JUSTICE BLACK, MR. JUS-
TICE DOUGLAS, and MR. JUSTICE RUTLEDGE are of the
opinion the petition should be granted. Relator *pro
se. Solicitor General Perlman, Herbert A. Bergson* and
*Samuel D. Slade* for respondent. 

JANUARY 19, 1948.

*Per Curiam Decision.*

No. 501. FLORIDA EX REL. LEWIS v. KELLEY, CHIEF OF
POLICE. 
*Per Curiam:* The appeal is dismissed for want of a sub-
stantial federal question. *Thomas M. Lockhart* for
appellant. *Thomas O. Berryhill* for appellee.